MOEEL LAH FAKHOURY LLP
Hanni M. Fakhoury (State Bar. No. 252629)
1300 Clay Street, Suite 600
Oakland, CA 94612
Telephone:  (510) 500-9994
Email:       hanni@mlf-llp.com

Counsel for Natali Cisneros

**FILED**

Apr 13 2021

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

4:21-cr-00147-HSG-1

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>NATALI CISNEROS<br><br>Defendant. | Case No.: ~~CR 20-71597-MAG~~<br><br>**STIPULATION AND [PROPOSED] ORDER MODIFYING CONDITIONS OF RELEASE TO ALLOW OUT OF DISTRICT TRAVEL** |

Mr. Cisneros is charged in a one count complaint with being a felon in possession of ammunition. He made his initial appearance on March 1, 2021, and was released that day on a $30,000 unsecured appearance bond, under standard conditions including he not leave the Northern District of California, and the special condition that he be subject to GPS monitoring and abide by a curfew. There have been no problems since Mr. Cisneros was released from custody.

Mr. Cisneros plays amateur football as a running back for the South Beach Outlaws, an amateur youth football team in the West Coast Football Alliance. The majority of the games are played in the Northern District of California, but occasionally there are games in Sacramento County, which is in the Eastern District of California. The parties thus request the Court modify Mr. Cisneros' pretrial release conditions to allow him to travel outside of the Northern District of California, and particularly to travel to the Eastern District of California, in order to play games. Pretrial Services does not oppose this request as long as Mr. Cisneros only leaves the district on game days, gives

1  them his itinerary ahead of time, and is back at his home by curfew. All other release conditions
2  should remain in place.

IT IS SO STIPULATED.

Dated:   April 9, 2021                    MOEEL LAH FAKHOURY LLP

                                               /S
HANNI M. FAKHOURY
Attorneys for Mr. Cisneros

Dated:   April 9, 2021                    STEPHANIE M. HINDS
Acting United States Attorney
Northern District of California

                                               /S
AJAY KRISHNAMURTHY
Assistant United States Attorney

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>NATALI CISNEROS,<br><br>Defendant. | 4:21-cr-00147-HSG-1<br><br>Case No.: ~~CR 20–71597 MAG~~<br><br>**[~~PROPOSED~~] ORDER MODIFYING CONDITIONS OF RELEASE TO ALLOW OUT OF DISTRICT TRAVEL** |

Based on the reasons provided in the stipulation of the parties, and the agreement of Pretrial Services, the Court hereby modifies Mr. Cisneros' release conditions to allow him to travel outside of the Northern District of California in order to play football under the following conditions:

1. He can only travel out of the District on game days;
2. He must provide his itinerary to Pretrial Services ahead of time; and
3. He must return to his home by curfew.

All other release conditions remain as previously set.

**IT IS SO ORDERED.**

DATED: April 13, 2021

_____
HONORABLE ROBERT M. ILLMAN
United States Magistrate Judge