IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> v. <br> NATALI CISNEROS, <br> Defendant. | Case No.: 4:21-CR-147-HSG <br><br> [~~PROPOSED~~] ORDER MODIFYING CONDITIONS OF RELEASE |

Based on the reasons provided in the stipulation of the parties, and the agreement of Pretrial Services, the Court hereby modifies Mr. Cisneros' release conditions to allow him to travel to Salinas on May 1, 2021 and to return to his home in Pittsburg after his curfew. Mr. Cisneros is required to return directly to his residence (without making any other stops) immediately following the conclusion of his football game.

All other release conditions remain as previously set.

**IT IS SO ORDERED.**

DATED:_____April 29, 2021____  _____
HONORABLE ROBERT M. ILLMAN
United States Magistrate Judge

FILED
Apr 29 2021
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND