# EXHIBIT A

**IN SUPPORT OF DEFENDANT'S SENTENCING MEMORANDUM AND MOTION FOR DOWNWARD VARIANCE**

August 3, 2021

The Honorable Haywood S. Gilliam, Jr.

Your Honor,

I come before you today not asking for sympathy but a second chance. I am sorry that I had a gun and ammunition last year and that I made things worse with the way I was driving. Last year was difficult for me, especially after my little cousin was murdered on the Bay Bridge on April 29. I thought for some reason the gun would protect me but I was so wrong. There is no excuse for my actions and I'm very sorry for them.

At the time I was going through a lot of emotions and was lost. The pain of losing a loved one is hard and I felt confused, and didn't know what I had to live for. I had already lost so much. My mother has been incarcerated for most of my life. My last memory of her was going with my little brother to take a picture together in a photo studio in the mall. After that, all my memories of her are visiting her in jail or prison or talking by video. Losing my cousin just felt like one more loss that I didn't know how to handle.

But getting arrested in May 2020 really woke me up for the first time in my life. As the world sort of went crazy because of the COVID, I realized I didn't want to be in jail all my life. I still had two little brothers who watched what I did. My grandmother who raised me was getting older, and she really got sick from COVID. It was scary. I didn't want to end up like my mom in prison unable to take care of myself and my family.

So after that arrest in May 2020, I decided to stay away from the negative influences and tried to make better decisions. I've been mostly staying with my wife and playing football, which has been fun and we won our league championship.

I know I have made mistakes in the past but this time feels different. Even with the ankle monitor, I've tried to be careful to make sure I get home before 9, and it's been keeping me accountable.

I feel like things are looking better in the future. My mom should be coming home soon and we will be together for the first time in awhile. And I am hoping to become a licensed security guard and find other work. My wife and I also hope to start a family, though she recently had a miscarriage which was hard. But we are supporting each other and trying to make it one day at a time.

Thanks for considering this letter.


Natali Cisneros